915 A.2d 1046

IN THE MATTER OF THE LIQUIDATION OF
INTEGRITY INSURANCE COMPANY.

January 25, 2007.

ORDERED that the motion for leave to appeal is granted.

915 A.2d 1046

JAMES CIARLO, PLAINTIFF–RESPONDENT, v. GISSELL
CIARLO, NOW KNOWN AS GISSELL HASBUN,
DEFENDANT–PETITIONER.

January 12, 2007.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for plenary hearing on all issues.